371 A.2d 519

Metroka v. Government Employees Insurance Company, Appellant.

Argued September 13, 1976. Francis R. Coyne, with him Liebert, Short, Fitzpatrick & Lavin, for appellant; Edward B. McDaid, with him Farage & Shrager, for appellee.

Order affirmed.